

**DATE 7/24/2015**

01-15-00641-CV

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/27/2015 11:04:55 AM

CHRISTOPHER A. PRINE
Clerk

TO:       1ST COURT OF APPEALS

From:     **Deputy Clerk: MICHELLE LOPEZ**
          **Chris Daniel, District Clerk**
          **Harris County, T E X A S**

**CAUSE:**  **2013-30215**

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** **65010341**

**DUE** **8/11/2015**          **ATTORNEY** **24053880**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** **1ST**

**DATE JUDGMENT SIGNED:** **4/13/2015**

**MOTION FOR NEW TRIAL DATE FILED: 5/12/2015**

**REQUEST TRANSCRIPT DATE FILED** **N/A**

**NOTICE OF APPEAL DATE FILED** **7/24/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )** **120**

**FILE ORDERED:  YES** ☐ **NO** ☒ **IMAGED FILED:  YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL: BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  /s/MICHELLE LOPEZ
       **MICHELLE LOPEZ, Deputy**

BC       NOTICE OF APPEAL FILED
BG       NOTICE OF APPEAL FILED – GOVERNMENT
C        JUDGMENT BEING APPEALED
D -      ACCELERATED APPEAL
OA       NO CLERK'S RECORD REQUEST FILED
O        CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA       AMENDED NOTICE OF APPEAL

CAUSE NO. 201330215

| | | |
|---|---|---|
| STEVE WU INDIVIDUALLY AND AS | § | IN THE DISTRICT COURT |
| TRUSTEE FOR THE WU FAMILY TRUST | § | |
| PLAINTIFF, | § | NO. 133RD JUDICIAL DISTRICT |
| VS | § | |
| AGBOLADE ODUTAYO AND BONITA ODUTAYO | § | OF HARRIS COUNTY, TEXAS |
| DEFENDANTS | § | |

## NOTICE OF APPEAL

AGBOLADE ODUTAYO and BONITA ODUTAYO, Defendants, herein file this Notice of Appeal.

In compliance with 25.1 of the Texas Rules of appellate Procedure, Agbolade Odutayo and Bonita Odutayo provide this further information:

This appeal is from the 133rd Judicial District Court of Harris County, Texas, the Honorable Jaclanel McFarland, presiding. The style of the case in the trial court, as show above, is *Steve Wu, Individually and as Trustee for the Wu Family Trust, v. Agbolade Odutayo and Bonita Odutayo,* Case No. 201330215.

Defendants desire to appeal from the Final Judgment signed on April 13, 2015. The parties desiring to appeal are listed in the first paragraph of this notice. The appeal is taken to the First or Fourteenth Court of Appeals. The Order was signed in the 133rd Judicial District Court of Harris County, Texas. The appeal will be to the 14th Court of Appeals.

       */S/ Darrell Jordan*
DARRELL W. JORDAN
State Bar No. 24053880
1305 Prairie, Suite 200
Houston, TX 77002
713-296-9422 (Telephone)
866-233-4036 (Facsimile)
darrell.jordan@texasjd.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on July 24, 2015 a true and correct copy of the foregoing document, Notice of Appeal, has been served on Brad Porter, by CM-RRR at Porter Powers PLLC, Attorneys & Counselors, 5900 Memorial Drive, Suite 305, Houston, Texas and by fax at 713-621-0709

_____/S/_ Darrell Jordan_____
Darrell Jordan

**F I L E D**
Chris Daniel
District Clerk

APR 1 3 2015

Time _____
Harris County, Texas

By_____
Deputy

CAUSE NO 2013-30215

| | | |
|---|---|---|
| STEVE WU, Individually and | § | IN THE DISTRICT COURT OF |
| as the Special Trustee of the | § | |
| WU FAMILY TRUST, dated November 9, | § | |
| 2004, as Amended on July 29, 2011, | § | |
| February 24, 2012, April 18, 2012, and | § | |
| June 4, 2012 | § | |
| | § | |
| | § | |
| vs | § | HARRIS COUNTY, TEXAS |
| | § | |
| AGBOLADE ODUTAYO, and | § | |
| BONITA ODAUTAYO | § | 133rd JUDICIAL DISTRICT |

## ORDER GRANTING SUMMARY JUDGMENT

After consideration of the Plaintiff, Steve Wu, individually and as Special Trustee of the Wu Family Trust, dated November 9, 2004, as Amended on July 29, 2011, February 24, 2012, April 18, 2012, and June 4, 2012's ("Plaintiff"), Steve Wu's Traditional Motion for Summary Judgment and No-Evidence Motion for Summary ("**Motion**"), and all responses thereto, the Court

GRANTS the Motion,

DENIES all of the Defendants, Agbolade Odutayo and Bonita Odutayo's, affirmative defenses against the Plaintiff

AWARDS the Plaintiff final judgment against Agbolade Odutayo and Bonita Odutayo in an amount of $294,264 66 for contract damages and attornes fees and expenses, plus costs of court, and post interest as allowed by law

All other relief not specifically granted herein is denied

SIGNED _April 13_ , 2015

PRESIDING JUDGE

5/12/2015 6:25:00 PM
Chris Daniel - District Clerk 6:28 PM
Harris County District Clerk Harris County
Envelope No: 5257593 e No. 5257593
By: TAYLOR, SHANELLE Belle Taylor
Filed: 5/12/2015 6:25:00 PM 6:28 PM

## CAUSE NO. 201330215

| | | |
|---|---|---|
| STEVE WU INDIVIDUALLY AND AS | § | IN THE DISTRICT COURT |
| TRUSTEE FOR THE WU FAMILY | § | |
| TRUST, | § | |
| PLAINTIFF, | § | |
| VS. | § | NO. 133RD JUDICIAL DISTRICT |
| AGBOLADE ODUTAYO AND | § | |
| BONITA ODUTAYO, | § | |
| DEFENDANT. | § | OF HARRIS COUNTY, TEXAS |

## <u>DEFENDANT'S MOTION FOR NEW TRIAL</u>

Defendants, Agbolade Odutayo and Bonita Odutayo asks the Court to grant a new trial in the interest of justice and fairness.

### INTRODUCTION

1. Plaintiff, Steve Wu, sued defendants, Agbolade Odutayo and Bonita. Odutayo, for breach of contract related to commercial leases.

### BACKGROUND

2. Plaintiff, Steve Wu, filed a motion for summary judgment based on {*summarize grounds*} on February 9, 2015 and hearing on the motion was set for March 9, 2015.

3. Defendant's attorney filed a motion to withdraw on February 10, 2015.

4. Plaintiff served Amended Notice of Hearing on Defendant's attorney on March 5, 2015, moving the hearing on the motion for summary judgment hearing to March 16, 2015.

5. Defendant's attorney filed a motion for continuance of hearing on the plaintiff's Motion for Summary Judgment and Trial set for March 16, 2015 on March 5, 2015.

6. On March 9, 2015 Plaintiff served Second Amended Notice of Hearing of Defendant's attorney moving the of hearing on the plaintiff's Motion for Summary Judgment and Trial set for March 16, 2015 to April 13,2015.

7. On March 26, 2015, Order granting motion for withdrawal was signed.

8. On March 26, 2015 Defendant Odutayo received a letter postmarked March 24, 2015 which included Defendant's Motion for Continuance of Hearing on Plaintiff's Motion for Summary Judgement and Trial set for March 16, 2015.

9. On April 2, 2015 Defendant's new attorney filed a Notice of Appearance.

10. On April 9, 2015 Defendant filed Motion for Continuance of Hearing on Plaintiff's Motion for Summary Judgement and Trial set for April 13, 2015.

11. On April 10, 2015 Plaintiff filed response to Defendant's Motion for Continuance of Hearing on Plaintiff's Motion for Summary Judgement and Trial set for April 13, 2015.

12. On April 13, 2015 Defendant's Motion for Continuance was denied and Plaintiff's Motion for Summary Judgement was granted.

## ARGUMENT & AUTHORITIES

13. The Court should grant a new trial because it erred by granting the motion for summary judgment.

14. The Court erred by granting the motion for summary judgment because defendant did not receive notice of the motion for summary judgment at least 21 days before the hearing. Tex. R. Civ. P. 166a(c). On March 26, 2013 Defendants received a certified letter mailed on March 24, 2013 from Defendant's previous attorney Lee Van Richardson. *(See Exhibit 1)*. The letter included Defendants' Motion for Continuance of Hearing on Plaintiff's Motion for Summary Judgement and Trial Set for March 16, 2015. The Certificate of Service attached, certifies a true and correct copy was mailed to Defendant Odutayo on March 5, 2015. The tracking number listed is 7013 1090 0001 4507 8196. The statement is not supported by the date postmarked on the envelope with the matching tracking number. Defendant Odutayo was never given notice of the hearing on the motion for summary judgement until and email was sent to his new attorney from Plaintiffs' counsel on April 1, 2015. *(See Exhibit 2)*. Plaintiff's counsel admits he never sent notice directly to Defendant *(See Exhibit 3)*.

15. The Court erred by granting the motion for summary judgment because there is a disputed fact issue related to the meeting of the minds namely whether there was a reduction in the lease price of all three properties based on the condition, all three properties were leased, which must be submitted to the jury. *See Park Place Hosp. v. Estate of Milo*, 909 S.W.2d 508, 511 (Tex. 1995). Plaintiff and Defendant never met during the negotiation stage. They were represented by Anthony Le. Plaintiff Steve Wu testified during deposition on July 10, 2014 he paid Real Estate Agent Anthony Le $45,000.00, after the leases on the property were executed. Mr. Wu stated he did not know the original asking price. He told Mr. Le what he was willing to pay. Mr. Le negotiated the terms on his behalf. *(See Exhibit 4)*. Defendant agreed to lease all

three properties at the price Mr. Wu stated contingent on all three leases being executed. *(See Exhibit 5)*

16. Dr. Odutayo sought the legal advice of Booker Morris who he referred to as Attorney Morris and believed him to be such. Dr. Odutayo also expressed his understanding that the contracts were reduced in price contingent upon all properties being leased. Mr. Morris assured him that was the case. Dr. Odutayo later discovered from his new attorney that Booker Morris was disbarred from the State Bar of Texas and could not legally provide legal advice. It is Defendant's belief Lee Van Richardson is allowing Booker Morris to practice law under his firm name. Booker Morris handled all legal issues concerning this case up until litigation became a possibility at which time Dr. Odutayo was introduced to Mr. Richardson. *(See Exhibit 5)*.

## CONCLUSION

17. In conclusion Defendant was never given proper notice by Plaintiff's counsel or his prior counsel of the Motion for Summary Judgment Hearing. The notice received by Defendant was dated March 5, 2015 however, it was mailed March 24 and received on March 26. By that time Defendant Odutayo had missed the hearing at which the date for Summary Judgment was set. No subsequent notices were sent by Plaintiff or Defendant's previous attorney to Defendant Odutayo. The e-mail sent on April 1, 2015 by Plaintiff did not comply with the 21 day notice required by the Texas Rules. Tex. R. Civ. P. 166a(c). Also, it is Defendant's belief that Le Van Richardson and Booker Morris are at the very least involved in highly unethical behavior, if not criminal. In the interest of justice I humbly request this court not to be an extension of the scheme perpetrated by Lee Van Richardson and Booker Morris.

18. There is a genuine fact issue in this case regarding the terms and conditions of the contract and a jury could find the following:

a)      At no time during the negotiation was Dr. Odutayo properly represented even though he believed he was.

b)      Mr. Le had a fiduciary responsibility to seek the best outcome for his client.

c)      That task became impossible when he took on representation of both Plaintiff and Defendant.

d)      Defendant was represented by a person he believed to be a licensed attorney was later discovered to be disbarred and not able to legally practice law in the State of Texas.

e) Dr. Odutayo wrongfully relied on the representations that the contract was voidable if all leases were not accepted.

f) There was never a true meeting of the minds as to the terms of the contract.

**PRAYER**

19. For these reasons, and in the interest of justice and fairness, Defendants asks the Court to grant a new trial.

*/S/ Darrell Jordan*
DARRELL W. JORDAN
State Bar No. 24053880
1305 Prairie, Suite 200
Houston, TX 77002
713-296-9422 (Telephone)
866-233-4036 (Facsimile)
*darrell.jordan@texasjd.com*
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on May 12, 2015 a true and correct copy of the foregoing document, Defendant's Motion for a New Trial, has been served on Robert McNaughton by CM-RRR at Porter Powers PLLC, Attorneys & Counselors, 5900 Memorial Drive, Suite 305, Houston, Texas and by fax at 713-621-0709

_____/S/_ Darrell Jordan_____
Darrell Jordan

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    JUL 27, 2015(C1)
INT6510              CIVIL CASE INTAKE              OPT: _____ - INT
                  GENERAL PARTY INQUIRY             PAGE:  1 -   2

CASE NUM: 201330215__ PJN> __  TRANS NUM: _____ CURRENT COURT: 133 PUB? _
CASE TYPE: BREACH OF CONTRACT          CASE STATUS: CASE ON APPEAL
STYLE: WU, STEVE (INDIVIDUALLY AND AS SP VS ODUTAYO, AGBOLADE
==============================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME          PTY    ASSOC. ATTY
  NUM    NUMBER                                      STAT
_     00008-0001 AGT          DOUBLE EIGHT PROPERTIES INC BY
_     00007-0001 3PD          LEE, ANTHONY C              D
_     00006-0001 3PD          DOUBLE EIGHT PROPERTIES INC D
_     00005-0001 3PD          NGUYN, TARA                 D
_     00004-0001 3PD          LE, ANTHONY                 D
_     00003-0002 3PP 16867680 ODUTAYO, BONITA             D  RICHARDSON, L
_     00002-0002 3PP 16867680 ODUTAYO, AGBOLADE           D  RICHARDSON, L
_     00003-0001 DEF 24053880 ODUTAYO, BONITA                JORDAN, DARRE

==> (14) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JUC8H (NR4#)   JUSTICE INFORMATION MANAGEMENT SYSTEM      JUL 27, 2015(C1)
INT6510                  CIVIL CASE INTAKE                OPT: _____  -  INT
                      GENERAL PARTY INQUIRY              PAGE:   2 -    2
CASE NUM: 201330215__ PJN> __  TRANS NUM: _____ CURRENT COURT: 133 PUB? _
CASE TYPE: BREACH OF CONTRACT           CASE STATUS: CASE ON APPEAL
STYLE: WU, STEVE (INDIVIDUALLY AND AS SP VS ODUTAYO, AGBOLADE
==============================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
  NUM    NUMBER                                         STAT
 _    00003-0001 DPS        ODUTAYO, BONITA
 _    00003-0001 PAD 16867680 RICHARDSON, LEE VAN JR.
 _    00002-0001 DEF 24053880 ODUTAYO, AGBOLADE               JORDAN, DARRE
 _    00002-0001 DPS        ODUTAYO, AGBOLADE
 _    00002-0001 PAD 16867680 RICHARDSON, LEE VAN JR.
 _    00001-0001 PLT 24048741 WU, STEVE (INDIVIDUALLY AND AS   PORTER, BRAD


==> (14) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```